# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

COLIN FERGUSON,

                Plaintiff,

v.                                  Case Number: 2:15-cv-02687-CM-TJJ

MIDLAND CREDIT MANAGEMENT, INC.

                Defendant.

## STIPULATION OF DISMISSAL

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Colin Ferguson; Defendant is Midland Credit Management, Inc.

2. On March 2, 2015, Plaintiff filed a Petition against Defendant in the District Court of Wyandotte County, Kansas.

3. On March 27, 2015, Defendant removed the case to the United States District Court for the District of Kansas (Doc. 1).

4. On April 13, 2105, Defendant filed Defendant's Unopposed Motion for Extension of Time to Respond to Petition. Answer (Doc. 5).

5. On April 15, 2015, the Court granted Defendant's unopposed motion. (Doc. 6).

6. On May 15, 2015, the Defendant filed a Notice of Settlement with the Court. (Doc. 7).

7. Plaintiff now moves to dismiss the suit.

8. Defendant agrees to the dismissal.

9. This case is not a class action.

10. A receiver has not been appointed in this case.

11. This case is not governed by any federal statute that requires a court order for dismissal of the case.

12. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

13. This dismissal is with prejudice to refiling.

14. Each party is to bear its own fees and costs.

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone:  913-371-0727
Facsimile:  913-371-0147
Email:  AJ@KCconsumerlawyer.com
Attorney for Plaintiff

and

By: /s/ Thomas M. Martin
Thomas M. Martin #13620
Joseph E. Bant  #23982
Lewis, Rice, Fingersh LC
1010 Walnut Street, Suite 500
Kansas City, Missouri 64106
Telephone:  816-421-2500
Facsimile:  816-472-2500
Email: TMMartin@lrf-kc.com
         JEBant@lrf-kc.com
Attorneys for Defendant